UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN PARKS, | No. C 13-4347 (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEVIN CHAPPELL, warden, | |
| Respondent. | |

This action is dismissed with prejudice because it is legally and factually meritless.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 21, 2014

SUSAN ILLSTON
United States District Judge